# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1525
L.T. Case No. 2018-DR-001193

_____

LINDY LOLLAR,

    Appellant,

    v.

TIMOTHY ANDREW BISHOP,

    Appellee.

_____

Nonfinal appeal from the Circuit Court for St. Johns County.
Howard Ogle McGillin, Judge.

Sommer C. Horton, of The Horton Law Group, P.A., Boca
Raton, for Appellant.

Michael J. Korn, of Korn & Zehmer, P.A., for Appellee.

November 25, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____